FILED by _____ D.C.

May 30, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 17-20357-CR-GAYLES/OTAZO-REYES

CASE NO._____

18 U.S.C. § 371
8 U.S.C. § 1325(c)
8 U.S.C. § 1324(a)(1)(A)(iv), (v)(II), and (B)(i)
18 U.S.C. § 1425(a)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA,

v.

LARISA DE LIMA,
ALMIR DE LIMA,
MILENA DIAZ,
VIVIAN GONZALEZ,
DAYMARIS GONZALEZ,
NICOLAE LISENCO,
DAYMI GONZALEZ,
DRAGOS GROZA,
LISSETTE PERAZA RODRIGUEZ,
GAFUR BOBOJONI,
MAYKEL FANDINO MORENO,
LEDESMY SUAREZ,
VITALY MESHCHERIAKOV,
SANJAR SADIKOV,
DMITRY POLYUDOV,
ALEN RASMUKHABETOV,
RAKHIMDZHONI RAKHMON,
LYUBOV PRONINA,
GULBAHOR YAKUBOVA,
JONBEK ZUVAYDOV, and
ANATOLI ROMANOVICI,

      Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### Conspiracy To Commit Marriage Fraud
### (18 U.S.C. § 371)

Beginning in or around May 2013, the exact date being unknown to the Grand Jury, and continuing through in or around September 2015, the exact date being unknown to the Grand Jury, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**LARISA DE LIMA,**
**ALMIR DE LIMA,**
**MILENA DIAZ,**
**VIVIAN GONZALEZ,**
**DAYMARIS GONZALEZ,**
**DAYMI GONZALEZ,**
**LISSETTE PERAZA RODRIGUEZ,**
**MAYKEL FANDINO MORENO, and**
**LEDESMY SUAREZ,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, to knowingly and unlawfully enter into a marriage for the purpose of evading any provision of the immigration laws of the United States, in violation of Title 8, United States Code, Section 1325(c).

## PURPOSE OF THE CONSPIRACY

1.      It was the purpose of the conspiracy for the defendants and their co-conspirators to arrange for United States citizens and Lawful Permanent Residents to enter into false and

2

fraudulent marriages with aliens for the purpose of evading the immigration laws of the United States.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators sought to accomplish the purpose of the conspiracy included, among other things, the following:

2.      The organizer, **LARISA DE LIMA**, arranged false and fraudulent marriages between aliens and either United States citizens or Lawful Permanent Residents to falsely and fraudulently qualify the aliens for immigration benefits including legal status in the United States.

3.      The recruiters, including **VIVIAN GONZALEZ**, recruited United States citizens and Lawful Permanent Residents to enter into the false and fraudulent marriages with aliens.

4.      **LARISA DE LIMA**, the recruiters, including **VIVIAN GONZALEZ**, the United States citizens, and the Lawful Permanent Residents demanded payment from the aliens for arranging the false and fraudulent marriages.

5.      The United States citizens and Lawful Permanent Residents entered into the false and fraudulent marriages with the aliens.

6.      **ALMIR DE LIMA** and **MILENA DIAZ** notarized the marriage licenses between the aliens and the United States citizens and Lawful Permanent Residents without conducting marriage ceremonies.

7.      **LARISA DE LIMA** prepared the false and fraudulent marriage licenses and assisted the co-conspirators in the false and fraudulent marriages by completing false and fraudulent immigration paperwork, memorializing the marriages, and seeking legal status for the aliens in the United States.

8.      **LARISA DE LIMA** and **ALMIR DE LIMA** prepared the co-conspirators in the false and fraudulent marriages for their interviews with United States Citizenship and Immigration Services.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish the purpose and object thereof, the defendants and their co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1.      On or about May 3, 2013, **LARISA DE LIMA** and **ALMIR DE LIMA** introduced **LEDESMY SUAREZ**, a Lawful Permanent Resident, to Vitaly Meshcheriakov, an alien, for the purpose of entering into a false and fraudulent marriage.

2.      On or about May 3, 2013, **LEDESMY SUAREZ** and Vitaly Meshcheriakov entered into a false and fraudulent marriage to obtain legal status for Meshcheriakov without complying with the immigration laws of the United States.

3.      On or about May 3, 2013, **ALMIR DE LIMA** falsely and fraudulently notarized a Certificate of Marriage between **LEDESMY SUAREZ** and Vitaly Meshcheriakov.

4.      On or about May 3, 2013, **LEDESMY SUAREZ** accepted payment in the amount of $5,000.00 from **LARISA DE LIMA** for entering into the false and fraudulent marriage with Vitaly Meshcheriakov.

5.      In or around March 2015, **LARISA DE LIMA** introduced **DAYMARIS GONZALEZ**, a Lawful Permanent Resident, to Nicolae Lisenco, an alien, for the purpose of entering into a false and fraudulent marriage.

6.     On or about March 26, 2015, **DAYMARIS GONZALEZ** and Nicolae Lisenco entered into a false and fraudulent marriage to obtain legal status for Lisenco without complying with the immigration laws of the United States.

7.     On or about March 26, 2015, **MILENA DIAZ** falsely and fraudulently notarized a Certificate of Marriage between **DAYMARIS GONZALEZ** and Nicolae Lisenco.

8.     On or about June 21, 2015, **LARISA DE LIMA** introduced **DAYMI GONZALEZ**, a Lawful Permanent Resident, to Dragos Groza, an alien, for the purpose of entering into a false and fraudulent marriage.

9.     On or about June 21, 2015, **DAYMI GONZALEZ** and Dragos Groza entered into a false and fraudulent marriage to obtain legal status for Groza without complying with the immigration laws of the United States.

10.    On or about June 21, 2015, **MILENA DIAZ** falsely and fraudulently notarized a Certificate of Marriage between **DAYMI GONZALEZ** and Dragos Groza.

11.    In or around July 2015, **VIVIAN GONZALEZ** introduced **LISSETTE PERAZA RODRIGUEZ**, a Lawful Permanent Resident, to **LARISA DE LIMA** for the purpose of arranging a false and fraudulent marriage between **PERAZA RODRIGUEZ** and an alien.

12.    In or around July 2015, **LARISA DE LIMA** introduced **LISSETTE PERAZA RODRIGUEZ**, a Lawful Permanent Resident, to Gafur Bobojoni, an alien, for the purpose of entering into a false and fraudulent marriage.

13.    On or about July 27, 2015, **LISSETTE PERAZA RODRIGUEZ** and Gafur Bobojoni entered into a false and fraudulent marriage to obtain legal status for Bobojoni without complying with the immigration laws of the United States.

14.     On or about July 27, 2015, **LISSETTE PERAZA RODRIGUEZ** accepted payment in the amount of $5,000.00 from **LARISA DE LIMA** and **ALMIR DE LIMA** for entering into the false and fraudulent marriage with Gafur Bobojoni.

15.     In or around August 2015, **VIVIAN GONZALEZ** introduced **MAYKEL FANDINO MORENO**, a Lawful Permanent Resident, to **LARISA DE LIMA** for the purpose of arranging a false and fraudulent marriage between **FANDINO** and an alien.

16.     In or around August 2015, **LARISA DE LIMA** introduced **MAYKEL FANDINO MORENO**, a Lawful Permanent Resident, to "Alien 1," an alien, for the purpose of entering into a false and fraudulent marriage.

17.     On or about August 27, 2015, **MAYKEL FANDINO MORENO** and "Alien 1" entered into a false and fraudulent marriage to obtain legal status for "Alien 1" without complying with the immigration laws of the United States.

18.     On or about August 27, 2015, **MAYKEL FANDINO MORENO** accepted payment in the amount of $5,000.00 from **LARISA DE LIMA** for entering into the false and fraudulent marriage with "Alien 1."

All in violation of Title 18, United States Code, Section 371.

## <u>COUNTS 2-14</u>
### Marriage Fraud
### (8 U.S.C. § 1325(c))

On or about the dates specified as to each count below, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants specified as to each count below, did knowingly and unlawfully enter into a marriage for the purpose of evading any provision of the immigration laws of the United States:

| Count | Approximate Date | Defendants |
|-------|------------------|------------|
| 2 | May 3, 2013 | **LEDESMY SUAREZ** and<br>**VITALY MESHCHERIAKOV** |
| 3 | July 4, 2014 | **LYUBOV PRONINA** |
| 4 | September 7, 2014 | **SANJAR SADIKOV** |
| 5 | September 12, 2014 | **GULBAHOR YAKUBOVA** |
| 6 | December 22, 2014 | **JONBEK ZUVAYDOV** |
| 7 | March 26, 2015 | **DAYMARIS GONZALEZ** and<br>**NICOLAE LISENCO** |
| 8 | May 16, 2015 | **ANATOLI ROMANOVICI** |
| 9 | June 11, 2015 | **RAKHIMDZHONI RAKHMON** |
| 10 | June 21, 2015 | **DAYMI GONZALEZ** and<br>**DRAGOS GROZA** |
| 11 | July 27, 2015 | **LISSETTE PERAZA RODRIGUEZ** and<br>**GAFUR BOBOJONI** |
| 12 | August 15, 2015 | **ALEN RASMUKHABETOV** |
| 13 | August 27, 2015 | **MAYKEL FANDINO MORENO** |
| 14 | September 25, 2015 | **DMITRY POLYUDOV** |

In violation of Title 8, United States Code, Section 1325(c), and Title 18, United States Code, Section 2.

## COUNTS 15-27
### Unlawfully Encouraging An Alien To Reside In The United States
### (8 U.S.C. § 1324(a)(1)(A)(iv), (v)(II), and (B)(i))

On or about the dates specified as to each count below, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants specified as to each count below, did knowingly encourage and induce an alien to reside in the United States, for the purpose of private financial gain, knowing and in reckless disregard of the fact that such residence is and will be in violation of law:

| Count | Approximate Date | Defendants | Alien |
|-------|------------------|------------|-------|
| 15 | May 3, 2013 | **LARISA DE LIMA, ALMIR DE LIMA,** and **LEDESMY SUAREZ** | VITALY MESHCHERIAKOV |
| 16 | July 4, 2014 | **LARISA DE LIMA** and **ALMIR DE LIMA** | LYUBOV PRONINA |
| 17 | September 7, 2014 | **LARISA DE LIMA** and **MILENA DIAZ** | SANJAR SADIKOV |
| 18 | September 12, 2014 | **LARISA DE LIMA** and **ALMIR DE LIMA** | GULBAHOR YAKUBOVA |
| 19 | December 22, 2014 | **LARISA DE LIMA** and **ALMIR DE LIMA** | JONBEK ZUVAYDOV |

| 20 | March 26, 2015 | **LARISA DE LIMA, MILENA DIAZ,** and **DAYMARIS GONZALEZ** | NICOLAE LISENCO |
| 21 | May 16, 2015 | **LARISA DE LIMA, ALMIR DE LIMA,** and **VIVIAN GONZALEZ** | ANATOLI ROMANOVICI |
| 22 | June 11, 2015 | **LARISA DE LIMA** and **MILENA DIAZ** | RAKHIMDZHONI RAKHMON |
| 23 | June 21, 2015 | **LARISA DE LIMA, MILENA DIAZ,** and **DAYMI GONZALEZ** | DRAGOS GROZA |
| 24 | July 27, 2015 | **LARISA DE LIMA, VIVIAN GONZALEZ,** and **LISSETTE PERAZA RODRIGUEZ** | GAFUR BOBOJONI |
| 25 | August 15, 2015 | **LARISA DE LIMA** and **MILENA DIAZ** | ALEN RASMUKHABETOV |
| 26 | August 27, 2015 | **LARISA DE LIMA, VIVIAN GONZALEZ,** and **MAYKEL FANDINO MORENO** | IRINA FANDINO, a/k/a "IRINA OGORODNIKOVA" |
| 27 | September 25, 2015 | **LARISA DE LIMA** and **MILENA DIAZ** | DMITRY POLYUDOV |

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), (v)(II), and (B)(i), and Title 18, United States Code, Section 2.

9

**COUNT 28**
**Unlawful Naturalization**
**(18 U.S.C. § 1425(a))**

On or about October 18, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**LEDESMY SUAREZ,**

did knowingly procure and attempt to procure, contrary to law, naturalization, and documentary and other evidence of naturalization and of citizenship, for herself, in violation of Title 18, United States Code, Section 1425(a).

**COUNT 29**
**Unlawful Naturalization**
**(18 U.S.C. § 1425(a))**

On or about April 21, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**VIVIAN GONZALEZ,**

did knowingly procure and attempt to procure, contrary to law, naturalization, and documentary and other evidence of naturalization and of citizenship, for herself, in violation of Title 18, United States Code, Section 1425(a).

**FORFEITURE ALLEGATIONS**

1.      The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which one or more of the defendants, **LARISA DE LIMA, ALMIR DE LIMA, MILENA DIAZ, VIVIAN GONZALEZ, DAYMARIS GONZALEZ, DAYMI**

10

**GONZALEZ, LISSETTE PERAZA RODRIGUEZ, MAYKEL FANDINO MORENO,** and **LEDESMY SUAREZ,** have an interest.

    2.    Upon conviction of a violation of Title 8, United States Code, Section 1324(a)(1) or Title 18, United States Code, Section 1425(a), as alleged in Counts 15 through 29 of this Indictment, the defendants shall each forfeit to the United States of America the following:

    a)  any conveyance, including any vessel, vehicle, or aircraft used in the commission of such violation; and/or

    b)  any property, real or personal,

        i.  that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; and/or

        ii.  that was used to facilitate, or was intended to be used to facilitate, the commission of such violation.

    3.    The property subject to forfeiture includes, but is not limited to, at least $325,000 in U.S. currency, which is a sum equal to the total amount of proceeds obtained from the commission of Counts 15 through 27 of the Indictment and which the United States may seek as a forfeiture money judgment.

    4.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

11

e.      has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

982(b)(1) and Title 28, United States Code, Section 2461(c).  Such property includes, but is not

limited to, real property located at 4275 Price Road, Clewiston, Florida 33440.

All pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code,

Section 982(a)(6), and the procedures set forth at Title 21, United States Code, Section 853, as

made applicable by Title 18 United States Code, Section 982(b)(1) and Title 28, United States

Code, Section 2461(c).

A TRUE BILL

FOREPERSON

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

BRIAN J. SHACK
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA   CASE NO. _____

v.

**LARISA DE LIMA,** *et al.,*

  **Defendants.**

_____ /  **Superseding Case Information:**

**Court Division**: (Select One)   New Defendant(s)   Yes _____ No _____

             Number of New Defendants _____

__X__ Miami _____ Key West  Total number of counts _____
_____ FTL _____ WPB  FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter: (Yes or No)  __Yes__
  List language and/or dialect __Spanish__

4.  This case will take __13-15__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0  to  5 days | _____ | Petty | | _____ |
| II | 6  to 10 days | _____ | Minor | | _____ |
| III | 11 to 20 days | __x__ | Misdem. | | _____ |
| IV | 21 to 60 days | _____ | Felony | | __x__ |
| V | 61 days and over | _____ | | | |

6.  Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge:        Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) __Yes__
If yes:
Magistrate Case No. __17-mj-2725-TURNOFF__
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the District of _____
Is this a potential death penalty case? (Yes or No) __No__

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? Yes _____ No __x__

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? Yes _____ No __x__

_____
BRIAN J. SHACK
ASSISTANT UNITED STATES ATTORNEY
FLORIDA SPECIAL BAR NO. A5502166

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **LARISA DE LIMA**

**Case No:**

Count #: 1

Conspiracy to Commit Offenses against the United States

Title 21, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 15-27

Unlawfully Encouraging an Alien to Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(ii), and (B)(i)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **ALMIR DE LIMA**

**Case No:**

Count #: 1

Conspiracy to Commit Offenses against the United States

Title 21, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 15, 16, 18, 19, and 21

Unlawfully Encouraging an Alien to Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(ii), and (B)(i)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **MILENA DIAZ**

**Case No:**

Count #: 1

Conspiracy to Commit Offenses against the United States

Title 21, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 17, 20, 22, 23, 25, and 27

Unlawfully Encouraging an Alien to Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(ii), and (B)(i)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **VIVIAN GONZALEZ**

**Case No:**

Count #: 1

Conspiracy to Commit Offenses against the United States

Title 21, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 21, 24, and 26

Unlawfully Encouraging an Alien to Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(ii), and (B)(i)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 29

Unlawful Procurement of Citizenship or Naturalization

Title 18, United States Code, Section 1425(a)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   DAYMARIS GONZALEZ**

**Case No:**

Count #: 1

Conspiracy to Commit Offenses against the United States

Title 21, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 7

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 20

Unlawfully Encouraging an Alien to Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(ii), and (B)(i)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **NICOLAE LISENCO**

**Case No:**

Count #: 7

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   DAYMI GONZALEZ**

**Case No:**

Count #: 1

Conspiracy to Commit Offenses against the United States

Title 21, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 10

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 23

Unlawfully Encouraging an Alien to Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(ii), and (B)(i)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:**   **DRAGOS GROZA**

**Case No:**

Count #: 10

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   **LISSETTE PERAZA RODRIGUEZ**

**Case No:**

Count #: 1

Conspiracy to Commit Offenses against the United States

Title 21, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 11

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 24

Unlawfully Encouraging an Alien to Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(ii), and (B)(i)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

<u>**PENALTY SHEET**</u>

**Defendant's Name:**   **GAFUR BOBOJONI**

**Case No:**

Count #: 11

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>**PENALTY SHEET**</u>

**Defendant's Name:** <u>**MAYKEL FANDINO MORENO**</u>

**Case No:** _____

Count #: 1

Conspiracy to Commit Offenses against the United States

Title 21, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 13

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 26

Unlawfully Encouraging an Alien to Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(ii), and (B)(i)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **LEDESMY SUAREZ**

**Case No:**

Count #: 1

Conspiracy to Commit Offenses against the United States

Title 21, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 15

Unlawfully Encouraging an Alien to Reside in the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(ii), and (B)(i)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 28

Unlawful Procurement of Citizenship or Naturalization

Title 18, United States Code, Section 1425(a)

**\*Max. Penalty:** 10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** **VITALY MESHCHERIAKOV**

**Case No:**

Count #: 2

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **SANJAR SADIKOV**

**Case No:**

Count #: 4

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

**Defendant's Name:** __DMITRY POLYUDOV_____

**Case No:** _____

Count #: 14

Marriage Fraud_____

Title 8, United States Code, Section 1325(c)_____

**\*Max. Penalty:** 5 Years' Imprisonment_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:   ALEN RASMUKHABETOV**

**Case No:**

Count #: 12

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

<u>**PENALTY SHEET**</u>

**Defendant's Name:   RAKHIMDZHONI RAKHMON** _____

**Case No:** _____

Count #: 9

Marriage Fraud _____

Title 8, United States Code, Section 1325(c) _____

**\*Max. Penalty:** 5 Years' Imprisonment _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   LYUBOV PRONINA**

**Case No:**

Count #: 3

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **GULBAHOR YAKUBOVA**

**Case No:**

Count #: 5

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

<u>**PENALTY SHEET**</u>

**Defendant's Name:**   **JONBEK ZUVAYDOV**

**Case No:**

Count #: 6

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   ANATOLI ROMANOVICI**

**Case No:**

Count #: 8

Marriage Fraud

Title 8, United States Code, Section 1325(c)

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**