**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,           Case No. 17-20357-CR-DPG
    Plaintiff,
v.

DMITRY POLYUDOV,
    Defendant.
_____

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE OR CANCEL PLEA AND SENTENCE HEARING

    Defendant, DMITRY POYUDOV, through undersigned Court-appointed counsel, moves this Court for entry of an Order continuing or cancelling the Plea and Sentencing Hearing set for tomorrow, September 25, 2019 and, in support thereof, states as follows:

    1.    This Court appointed undersigned counsel on August 27, 2019 in this multi-defendant case.

    2.    Counsel fairly quickly communicated with AUSA Brian Shack, received a plea offer and discussed it with the Defendant at the FDC.

    3.    The charge in this case is marriage fraud. Defendant is a citizen of Russia and faces deportation, if convicted, although he has resided here in the USA for 12 years, has always been gainfully employed and has a 7 year old American citizen son that he supports.

    4.    Defendant is detained and initially decided to enter a change of plea, so counsel so advised the Court and the Court set tomorrow's hearing to resolve this case.

    5.    However, after talking with his mother in the past few days and considering his son, Defendant is now unsure how to proceed and desires additional time to explore any immigration options he may have to try to remain in the USA before determining the best way to proceed in this criminal case.

6. Defendant's undersigned counsel has reached out to some immigration attorneys for some advice and needs additional time to consider any immigration options and may need to file a motion concerning that issue.

7. Accordingly, defendant requests that this Court continue or cancel his Plea and Sentencing Hearing.

8. AUSA Brian Shack, Esq., handling this case for the government, authorized undersigned counsel during a telephone conversation yesterday afternoon to advise the Court that this Motion is unopposed.

WHEREFORE, for the foregoing reasons, Defendant, DMITRY POLYUDOV, respectfully requests that this Court enter an Order granting the relief sought in this Motion.

Respectfully submitted,

JOHN F. O'DONNELL, ESQ.
Attorney at Law
2850 North Andrews Avenue
Fort Lauderdale, FL 33311
Telephone:    954-563-9993
Facsimile     954-566-7754
Email:  odonnell_john@bellsouth.net

By: /s/_____
       John F. O'Donnell, Esq.
       Florida Bar No. 264891

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic filing to all counsel of record and all others entitled to receive electronic or other notice of this filing in this case on this 24th day of September, 2019.

/s/_____
John F. O'Donnell, Esq.