UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20357-DPG

UNITED STATES OF AMERICA

v.

DMITRY POLYUDOV,

                Defendant.

_____/

## FACTUAL PROFFER

The United States of America and Dmitry Polyudov (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida:

The Defendant, an alien who was not a United States citizen or a Cuban legal permanent resident with CU6 status, a recognized legal status, arranged with Larisa de Lima to enter into a fraudulent marriage with another individual to evade United States immigration laws. On or about September 25, 2015, the Defendant entered into a fraudulent marriage with Annalie Rivera, a Cuban legal permanent resident with CU6 status. This marriage was arranged by others, including Larisa de Lima and Almir de Lima. The arrangement called for the defendant to pay a fee in return for his marriage to Rivera, and for Rivera to be paid in exchange for the marriage to the Defendant.

After waiving her *Miranda* rights, Rivera confessed that her marriage with the Defendant was fraudulent, and that she agreed with her co-conspirators to enter into the marriage in order to make money.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 10/25/19   By: _____
BRIAN J. SHACK
ASSISTANT UNITED STATES ATTORNEY

Date: 10/25/19   By: _____
JOHN O'DONNELL
ATTORNEY FOR DEFENDANT

Date: 10/25/19   By: _____
DMITRY POLYUDOV
DEFENDANT

2